IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA M. WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HERITAGE CREDIT UNION | : | NO. 23-4583 |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 21), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** as to Counts I, II, IV, and V of the Complaint.
2. The Motion is **DENIED** as to Counts III, VI, and VII of the Complaint.

BY THE COURT:

/s/ John R. Padova
______________________________
John R. Padova, J.